W. E. EAKINS V. THE STATE.

No. 23330. Delivered April 10, 1946.

The opinion states the case.

*Temple Dickson,* of Sweetwater, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of possessing whisky in a dry area for the purpose of sale. The punishment was fixed at a fine of $200.00 and thirty days in jail.

The record is brought forward without bills of exceptions or a statement of facts. The transcript does not contain any notice of appeal, consequently we have no jurisdiction of the case.

The appeal is dismissed.